UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re: Administrative Subpoena Issued to   )
                                            )
First Community Credit Union                )

## MOTION TO QUASH SUBPOENA

LeRoy Davis requests that the District Court for the Eastern District of Missouri quash the attached subpoena issued to First Community Credit Union, and prohibit the disclosure of the financial information sought by the subpoena.

LeRoy Davis is the customer whose records are sought by the subpoena. The records are not relevant to the law enforcement inquiry stated in the notice.

The records are not relevant or material for any legal purpose. I did not begin to receive Social Security Benefits until January or February 2015. Prior to that time all deposits and withdrawals into my account at First Community Credit Union were unrelated to US Government activities.

Submitted by:

Leroy Davis
Name

1274 Garden Village Drive #1274
Address

St. Louis, MO 63031

Date 4/2/19

# AFFIDAVIT OF LEROY DAVIS

I, LeRoy Davis, having been duly sworn, state that the U.S. Department of Justice has issued a subpoena to First Community Credit Union for financial records and information concerning my account or accounts with First Community Credit Union. These financial records and information are not relevant to the law enforcement inquiry identified in the notice.

_____

_____

_____

Subscribed and sworn before me

_Marianne E. [signature]_
Name

MARIANE E FORTENBERRY
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: February 13, 2021
Commission Number: 12692672

_____
Address

04/02/2019
Date